UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLINTON HENDRIX,

    Plaintiff,

v.

BERKELEY FARMS LLC, et al.,

    Defendant.

Case No. 14-cv-03659-VC

**ORDER**

On August 20, 2014, Defendants filed a motion to dismiss. (Docket No. 10). Plaintiff's response was due September 3, 2014. As of the date of this Order, the Court has not received any response (or any other communication) from Plaintiff. Accordingly, Plaintiff is directed to file a response within seven days of this Order, or the case will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: September 16, 2014

VINCE CHHABRIA
United States District Judge