UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON HENDRIX,<br><br>  Plaintiff,<br><br>v.<br><br>BERKELEY FARMS LLC, et al.,<br><br>  Defendants. | Case No. 14-cv-03659-VC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO REMAND**<br><br>Re: Dkt. No. 18 |

Plaintiff Clinton Hendrix has filed a motion to remand this case to state court. On September 25, 2014 the Court dismissed with prejudice Mr. Hendrix's case for failure to prosecute, and the case was closed. Docket No. 15. Accordingly, the Court denies Mr. Hendrix's motion. Should he require any further assistance with this matter, Mr. Hendrix may wish to contact the Legal Help Center (which provides assistance to pro se litigants) at the San Francisco Courthouse, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102, or by calling (415) 782-8982.

**IT IS SO ORDERED**.

Dated: December 12, 2014

_____
VINCE CHHABRIA
United States District Judge